UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES BLAZEK, ROBERT KENDRICK, AOT
TRANSPORTATION ARRIVE ON
TIME LLC and ABSOLUTE 1
TRANSPORT LLC,

                 Plaintiffs,

      v.

MEDICAL ANSWERING SERVICES, LLC,

                 Defendant.

**NOTICE OF MOTION**

Civil Action No. 5:26-cv-717 (AJB)

---

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Brian Renna, dated June 1, 2026, with exhibits annexed thereto, and the Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Complaint, dated June 3, 2026, the undersigned hereby moves this Court for an order granting the Defendant's motion to dismiss for lack of subject-matter jurisdiction under Rule 12(b)(1) and/or for failure to state a claim upon which relief can be granted under Rule 12(b)(6), and for such other and further relief as the Court may deem just and proper.

Dated: June 3, 2026

                 BOND, SCHOENECK & KING, PLLC

                 By:_____
                     Louis Orbach
                     Michael Barnett
                     Natalie Vogel
                     *Attorneys for Defendants*
               22 Corporate Woods Blvd., Suite 501
               Albany, New York 12211
               Telephone: (518) 533-3000
               Email: lorbach@bsk.com, mbarnett@bsk.com, nvogel@bsk.com

23635980.v1-6/3/26