UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES BLAZEK, ROBERT KENDRICK, AOT
TRANSPORTATION ARRIVE ON
TIME LLC and ABSOLUTE 1
TRANSPORT LLC,

Civil Action No. 5:26-cv-717 (AJB)

Plaintiffs,

v.

MEDICAL ANSWERING SERVICES, LLC,

Defendant.

---

**Declaration of Brian Renna**

Brian Renna declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am the Chief Administrative Officer of Medical Answering Services, LLC ("MAS"), the defendant in this case. I make this declaration based on personal knowledge and my review of MAS records kept in the ordinary course of its regularly conducted business activities.

2.      I have worked at MAS since April 2022 and became Chief Administrative Officer in June 2025. I am familiar with MAS's operations, and have direct oversight of the MAS departments that handle compliance and relations with transportation providers.

3.      MAS, based in Syracuse, New York, is a New York LLC, operating only in New York, with one member, Russell Maxwell, who is MAS' Founder, President, and CEO. Mr. Maxwell resides in Onondaga County, New York.

1

4.      Attached as Exhibit 1 is a true and correct copy of the New York State Medicaid Transportation Program Transportation Provider Network Contract, between AOT Transportation Arrive on Time LLC ("AOT") and MAS, bearing a date of January 3, 2024.

5.      Attached as Exhibit 2 is a true and correct copy of the New York State Medicaid Transportation Program Transportation Provider Network Contract, between Absolute 1 Transport LLC ("Absolute") and MAS, bearing a date of December 5, 2023. (Plaintiffs' Complaint asserts that this contract was entered into on or about September 29, 2021, but that is not correct.)

6.      Section 4 of each Transportation Provider Network Contract, including those signed by AOT and Absolute, requires the transportation provider to agree to the terms and conditions set forth in the New York State Medicaid Transportation Policy Manual, which the contract also refers to as the "NYS Manual." Attached as Exhibit 3 is a true and correct copy of the NYS Manual that has been in effect since August 25, 2023.

7.      MAS maintains a database of all drivers working for all transportation providers, because MAS is required by New York State to ensure that each driver is eligible to provide Medicaid-funded services and not on the Medicaid exclusion list. According to MAS's records, as of April 3, 2026, approximately 97.5 percent of all drivers working for transportation providers were licensed in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June __1__, 2026                    _____
                                                                          Brian Renna

2